514 P.2d 241

The STATE of Arizona, Moise Berger, Maricopa County Attorney, Real Parties in Interest, Petitioners,

v.

The Honorable Williby CASE, Judge of the Superior Court of Maricopa County, Arizona; Shawn JENSEN, Real Party in Interest, Respondents.

No. 11330.

Supreme Court of Arizona,

En Banc.

Sept. 26, 1973.

Moise Berger, Maricopa County Atty., by William F. Hyder and A. Melvin McDonald, Deputy County Attys., Phoenix, for petitioners.

Ross P. Lee, Maricopa County Public Defender, by Charles C. Diettrich, Deputy Public Defender, Phoenix, for respondents.

PER CURIAM.

The Court accepts jurisdiction of the special action. The respondent trial judge is ordered to follow Rule 25 of the New Rules of Criminal Procedure, 17 A.R.S., effective September 1, 1973, in order to meet constitutional infirmities in the statute. A.R.S. § 13–1621. *See* Jackson v. Indiana, 406 U.S. 715, 92 S.Ct. 1845, 32 L. Ed.2d 435 (1972).